| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jennifer B Alexis** | Social Security number or ITIN    **xxx−xx−8150** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | | Date case case filed for chapter  **7   8/21/18** |
| Case number:   **8−18−75663−reg** | | |

# ORDER TO CLOSE AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

    Marc A Pergament (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

    The Chapter 7 case of the above−named debtor(s) is closed.

 

s/  Robert E. Grossman
United States Bankruptcy Judge

Dated: October 30, 2018